[No. 34069-7-I.    Division One.    July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS
NAN CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-03893-0, John M. Darrah, J., entered
January 7, 1994. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Becker and Ellington, JJ.


[No. 34286-0-I.    Division One.    July 24, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP
TALOFA LE'I, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-0534-6, Frank L. Sullivan, J., entered
March 14, 1994. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Coleman and Webster, JJ.


[No. 34978-3-I.    Division One.    July 24, 1995.]

*In re the Dependency of* T.O.

THE STATE OF WASHINGTON, *Respondent*, v. MARY
OSBORNE, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-7-00050-7, Ronald L. Castleberry,
J., entered June 28, 1994. *Affirmed* by unpublished opinion
per Coleman, J., concurred in by Becker, J., and Forrest,
J. Pro Tem.